**Fill in this information to identify your case:**

| | | | | |
|---|---|---|---|---|
| Debtor 1 | *Rebecca C Trivette* | | | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name | |

United States Bankruptcy Court for the: EASTERN DISTRICT OF TENNESSEE

Case number
(if known)

☐ Check if this is an amended filing

# Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7    12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**
■ **creditors have claims secured by your property, or**
■ **you have leased personal property and the lease has not expired.**
**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

### Part 1: List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Allied Financial Services**<br><br>Description of property securing debt: **2003 Toyota Highlander 120000 miles** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br><br>■ Yes |
| Creditor's name: **Mr. Cooper**<br><br>Description of property securing debt: **901 Highway 421 N Mountain City, TN 37683  Johnson County Parcel/Tax ID 040 006.02** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br><br>■ Yes |
| Creditor's name: **USAA Federal Savings Bank**<br><br>Description of property: **2005 Buick Lacrosse  This vehicle is being paid for by H pursuant to MDA** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br><br>■ Yes |

Debtor 1    **Rebecca C Trivette**                                   Case number *(if known)*

securing debt:

---

**Part 2:    List Your Unexpired Personal Property Leases**

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| **Describe your unexpired personal property leases** | **Will the lease be assumed?** |
|---|---|
| Lessor's name: **Wyndham Vacation Resorts** | ■ No |
| | ☐ Yes |
| Description of leased Property: **Timeshare** | |

---

**Part 3:    Sign Below**

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X  */s/ Rebecca C Trivette*                                X  _____
   **Rebecca C Trivette**                                     Signature of Debtor 2
   Signature of Debtor 1

   Date    **February 13, 2019**                              Date

---

**United States Bankruptcy Court**
**Eastern District of Tennessee**

| | | | |
|---|---|---|---|
| In re | ***Rebecca C Trivette*** | Case No. | |
| | Debtor(s) | Chapter | ***7*** |

CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2019 a copy of the Chapter 13 Plan was served by Certified Mail to all creditors listed below. The US Trustee, Chapter 13 Trustee, and all interested parties have been served via the courts electronic noticing.

***Allied Financial Services***
***Attn: Bankruptcy***
***16 E Buck Mountain Rd.***
***West Jefferson, NC 28694***

***Mr. Cooper***
***Attn: Bankruptcy***
***8950 Cypress Waters Blvd***
***Coppell, TX 75019***

***USAA Federal Savings Bank***
***Attn: Bankruptcy***
***10750 Mcdermott Freeway***
***San Antonio, TX 78288***

***Wyndham Vacation Resorts***
***Attn: Bankruptcy***
***PO Box 98940***
***Las Vegas, NV 89193***

*/s/ Charles Parks Pope*
*The Pope Firm*
*Charles Parks Pope #15617*
*Oliver Cisowski #36759*
*PO Box 6185*
*Johnson City TN 37602*
*423-282-2512/2703 fx*
*ECF@thepopefirm.com*

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy